**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Project Sentinel, | NO. C 05-04551 JW |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Couch Investments, LLC et al., | |
| Defendant(s). | |

On March 15, 2006, Plaintiff informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court the case management conference scheduled for March 20, 2006. On or before **March 31, 2006**, the parties shall file their proposed consent decree.

If the consent decree is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, California. on **April 24, 2006 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **April 12, 2006**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If the consent decree is filed and the case is dismissed, the Order to Show Cause hearing will be automatically vacated.

//

//

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: March 15, 2006                           /s/James Ware
                                                JAMES WARE
                                                United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Brancart cbrancart@brancart.com

Lance Burrow lance@andersonburrow.com

Liza Cristol-Deman LCristolDeman@brancart.com

**Dated: March 15, 2006**                                    **Richard W. Wieking, Clerk**

                                                             **By:   /s/JW Chambers_____**
                                                                    **Melissa Peralta**
                                                                    **Courtroom Deputy**