BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  Liza Cristol-Deman (SBN 190516)
Post Office Box 686
Pescadero, CA 94060

Tel:  (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PROJECT SENTINEL, a California Nonprofit Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUCH INVESTMENTS, LLC, a California Limited Liability Company; JAMES HIPP, individually and in his capacity as the Resident Manager of the MONTECITO APARTMENTS,<br><br>　　　　Defendants. | Case No. C-05-04551 JW<br><br>[PROPOSED] CONSENT DECREE AND FINAL ORDER |

This action was brought by plaintiff alleging that defendants violated the Fair Housing Act, 42 U.S.C. section 3601 et seq., and related state laws by discriminating on the basis of familial status in connection with the ownership and operation of the apartment complex known as the Montecito Apartments, located at 2044 and 2054 Montecito Avenue in Mountain View, California.

The parties have agreed that in order to avoid protracted and costly litigation the controversy should be resolved without a trial or adjudication on the merits and therefore have consented to entry of this consent decree and order. By entering into this agreement, defendants make no admission of liability.

///

[Proposed] Consent Decree

It is hereby ordered, adjudged and decreed that:

**MONETARY TERMS**

1. Defendant shall make a monetary payment of thirty thousand dollars ($30,000) to plaintiffs in the form of a check made payable to the Attorney-Client Trust Account of Brancart & Brancart, federal tax identification number 94-3243807. This payment shall be delivered to plaintiffs' counsel within 10 days of entry of the consent decree and final order. This amount is inclusive of all attorneys' fees and costs.

**RELEASE TERMS**

2. Within ten days of the date of entry of this order, plaintiff and defendants shall execute a mutual waiver and release indicating that this consent decree and final order constitutes a full and final settlement of any and all claims that they have related to the subject matter of this lawsuit. That mutual waiver and release shall include a waiver of all known and unknown claims and a waiver of the rights of all parties under California Civil Code section 1542.

**EQUITABLE TERMS**

3. Defendants shall be prohibited from engaging in unlawful discrimination in housing;

4. Defendants shall revise their apartment rules to eliminate the nightly curfew, and revise all other rules that reflect a limitation on children or families with children;

5. Defendants shall not steer or attempt to steer applicants or tenants to certain units based on their familial status;

6. Defendants shall provide a copy of the HUD pamphlet entitled "Are you the victim of housing discrimination?" (HUD official form 903.1.[1]) to all prospective and current tenants at the Montecito Apartments;

7. Defendants shall advertise each vacancy to be filled at the rental

---

[1] Copies of HUD forms are available free of charge by calling HUD at (800) 669-9777, or on HUD's website, located at www.hud.gov.

*[Proposed] Consent Decree*   -2-

1  premises by placing an advertisement in a publication of general circulation or on a
2  website available to the public, which shall include the statement, "We're a Fair Housing
3  Provider," or words to that effect;
4      8.   Defendants shall display a fair housing poster, HUD form 928, in a
5  conspicuous location in the manager's office or a common area of the Montecito
6  Apartments;
7      9.   The resident manager of the Montecito Apartments shall attend a fair
8  housing training once per year for three years conducted by Project Sentinel; a
9  representative of Couch Investments, LLC shall attend one fair housing training
10 conducted by Project Sentinel within 60 days of entry of the consent decree; all training
11 costs are to be borne by defendants;
12     10.   Defendants shall keep copies of all rental documents, including rental
13 applications, supporting documentation, rental agreements, rules, notices, and eviction-
14 related documents for a period of not less than three years; and,
15     11.   Defendants shall provide a written document to Project Sentinel every
16 year certifying that defendants have complied with the terms of the consent decree for
17 the previous year.
18     * * * * *
19     12. This order shall be in effect for a period of three years from the date of entry,
20 and the Court shall retain jurisdiction for purposes of enforcement.  This order will
21 terminate at the end of the three-period.
22     13. The parties agree to attempt to work out in good faith any disputes that arise
23 under the terms of this order.  Only after good faith mediation attempts have been
24 ///
25 ///
26 ///
27 ///
28 ///

**[Proposed] Consent Decree**         -3-

exhausted will the parties request the assistance of the Court in resolving the dispute. Plaintiffs shall provide notice in writing to defendants at least ten (10) days prior to initiating any contempt proceedings.

Ordered this  21ST  day of  MARCH , 2006

_____
Honorable James Ware
United States District Judge

Approved as to content and form:

**Plaintiffs' counsel attests that the foregoing document is acceptable to all parties required to sign below.**

BRANCART & BRANCART

/s/_____          Dated: March 16, 2006
Christopher Brancart
Attorney for Plaintiffs

LAW OFFICE OF LANCE BURROW

/s/_____          Dated: March 16, 2006
Lance Burrow
Attorney for Defendants

[Proposed] Consent Decree                    -4-